William J. Honan
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BAUMARINE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAUMARINE AS,<br><br>    Plaintiff,<br><br>-against-<br><br>LIBRA SHIPPING SERVICES L.L.C.,<br><br>    Defendant. | 08 Civ. 2807 (Sullivan)<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, William J. Honan, attorney for Plaintiff Baumarine AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Baumarine AS is a privately-owned company and is not publicly traded. Its privately-owned parent company is Rederiaksjeselskapet Torvald Klaveness.

Dated:   New York, New York
         March 17, 2008

                                    HOLLAND & KNIGHT LLP

                            By:     _____
                                    William J. Honan
                                    Christopher R. Nolan
                                    195 Broadway
                                    New York, NY 10007-3189
                                    Tel:  (212) 513-3200
                                    Fax:  (212) 385-9010

                                    *Attorneys for Plaintiff*
                                    *Baumarine AS*

# 5185366_v1