348-08/WLJ
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
William L. Juska, Jr. (WJ 0772)
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAUMARINE AS, | |
| Plaintiff | 08-cv-2807 (RJS) |
| -versus- | |
| LIBRA SHIPPING SERVICES L.L.C., | NOTICE OF APPEARANCE |
| Defendant | |

PLEASE TAKE NOTICE that Freehill Hogan & Mahar LLP, hereby enters an appearance on behalf of the Defendant reserving all defenses available to it.

                                                FREEHILL HOGAN & MAHAR LLP
                                                Attorneys for Defendant LIBRA
                                                SHIPPING SERVICES L.L.C.

By: _____
      William L. Juska, Jr. (WJ 0772)
      80 Pine Street
      New York, NY 10005
      (212) 425-1900

TO:   Holland + Knight LLP
        Attorneys for Plaintiff
        Attention: Christopher R. Nolan

NYDOCS1/307252.1