UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAUMARINE AS,

                Plaintiff,

-v-

LIBRA SHIPPING SERVICES LLC,

                Defendant.

No. 08 Civ. 2807 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

RICHARD J. SULLIVAN, District Judge:

On July 7, 2008, this action was discontinued without prejudice and without costs as to either party, subject to being reopened within 30 days if any issues were to arise concerning the receipt of the sum of $819,231.01 in the Client Trust Account of Ince & Co., and the receipt of $78,393.11 by Libra Shipping Services. By letter dated August 5, 2008, Defendant informs the Court that Libra Shipping Services LLC cannot trace receipt of the funds, and requests that this action be reopened. IT IS HEREBY ORDERED that this action will not be reopened at this time, but that the order of discontinuance is hereby extended an additional thirty days. Accordingly, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:      New York, New York
               August 6, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE